# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL ROOFING INDUSTRY PENSION PLAN and JOHN MARTINI, as Trustee of the National Roofing Industry Pension Plan<br><br>Plaintiffs,<br><br>VS.<br><br>RALPH J. MEYER CO.,<br><br>Defendant. | §§§§§§§§§§§§§  CIVIL ACTION NO. H-11-457 |

## FINAL DEFAULT JUDGMENT

Plaintiffs National Roofing Industry Pension Plan and John Martini, as Trustee of the National Roofing Industry Pension Plan, have filed a motion for entry of default and for default judgment against defendant Ralph J. Meyer Co. (Docket Entry No. 6, 7, 8). It appears that Ralph J. Meyer Co. has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against it proper. The plaintiffs have filed an affidavit and exhibits in support of its claims for damages. The plaintiffs have also sent the defendant notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P. The motion for entry of default is granted.

This court concludes that the plaintiffs have established their entitlement to default judgment against the defendant, Ralph J. Meyers Co., in the following amounts:

Damages in the amount of $4, 356.49 owing to Local 30W, which includes interest through March 15, 2011; damages in the amount of $44,340.03 owing to Local 37, which includes interest through December 15, 2010; reasonable attorneys' fees in the amount of $4,500.00 owing to Ekman,

Bohrer & Thulin, P.S., fund counsel; reasonable attorneys' fees in the amount of $6,053.50 owing to Freedman & Price, P.C.; costs of court; and postjudgment interest at the rate of .18 % *per annum*.

SIGNED on June 21, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge